

## NUMBER 13-13-00167-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**DAVID MATTHEWS,**                                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                **Appellee.**

---

### On appeal from the County Court at Law
### of San Patricio County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Perkes
### Memorandum Opinion Per Curiam

Appellant, David Matthews, proceeding pro se, has filed a motion to withdraw his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to withdraw the appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. Having

dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.    *See* Tex. R. App. P. 47.2(b).

Delivered and filed the
18th day of April, 2013.